PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

RECEIVED

| DOCKET NUMBER *(Tran. Court)* |
|---|
| P-03-CR-180(01) |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| CR MISC No 1185 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| CURTIS LAMAR BROWN<br>Montgomery, Alabama | Western District of Texas | Pecos Division |

2007 FEB 23 P 3:43

2007 MAR 26 A 10:45

DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Robert Junell |

| DATES OF SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | July 9, 2006 | July 8, 2009 |

**OFFENSE**

Count One:   8 U.S.C. § 1324(a)(1)(A)(ii): Transportation of Illegal Aliens

FILED
MAR 19 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___TEXAS___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___MIDDLE DISTRICT OF ALABAMA___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/1/07
*Date*

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___MIDDLE___ DISTRICT OF ___ALABAMA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

RECEIVED
MAR 01 2007
U.S. PROBATION OFFICE
MONTGOMERY, ALABAMA

2/27/07
*Effective Date*

_____
United States District Judge